UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JACIEL ORANGA-ZUNIGA, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.   CR06-206JLR <br><br> DETENTION ORDER |

Offense charged:

    Count I:    Conspiracy to Distribute Heroin and Cocaine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

Date of Detention Hearing: June 27, 2006.

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by Sarah Vogel. The defendant was represented by Ken Kanev.

    The Government filed a Motion for Detention; the defendant waives his argument

DETENTION ORDER
PAGE -1-

1 for release.

2 <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

3     (1)    There is probable cause to believe the defendant committed the
4 conspiracy drug offense. The maximum penalty is in excess of ten years.
5 There is therefore a rebuttable presumption against the defendant's
6 release based upon both dangerousness and flight risk, under Title 18
7 U.S.C. § 3142(e).

8     (2)    Nothing in this record satisfactorily rebuts the presumption against
9 release for several reasons:

10         (a)    The defendant presents a risk of nonappearance due to the
11 following: He is a citizen and national of Mexico; his background
12 and ties to the Western District of Washington are
13 unknown/unverified; and the Bureau of Immigration and Customs
14 Enforcement has filed a detainer;

15         (b)    The defendant presents a risk of danger due to the nature of the
16 instant offense; and

17         (c)    The defendant stipulates to detention.

18     (3)    Based upon the foregoing information which is consistent with the
19 recommendation of U.S. Pre-trial Services, it appears that there is no
20 condition or combination of conditions that would reasonably assure
21 future Court appearances and/or the safety of other persons or the
22 community.

23 **It is therefore ORDERED**:

24     (l)    The defendant shall be detained pending trial and committed to the
25 custody of the Attorney General for confinement in a correction facility
26 separate, to the extent practicable, from persons awaiting or serving

    sentences or being held in custody pending appeal;

(2)  The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of June, 2006.

*/s/ M. J. Benton*

Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -3-